UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


STATE FARM FIRE & CASUALTY
COMPANY, et al.,

           Plaintiffs,                                  Civil Action No. C-1-01-891

vs.

CARRIER CORPORATION, et al.,                Sherman, M.J.
                                                    (Formerly assigned to Beckwith, J.)

           Defendants.


**ORDER TO SHOW CAUSE**


On July 9, 2003, and on July 11, 2003, defendant General Electric Company filed

motions to preclude plaintiffs from presentation of any experts' identification, submission

of experts' reports, or submission of experts' testimony.  (Docs. 31, 32).  As grounds for

relief, defendant General Electric Company alleges that plaintiffs failed to meet the deadlines

established in the amended calendar order issued on May 9, 2003.  (Doc. 29).

Under S.D. Ohio Civ. R. 7.2(a)(2), an opposition memorandum "shall be served and

filed within twenty-one (21) days from the date of service set forth in the certificate of

service attached to the Motion."  No opposition memorandum has yet been filed in this case.

 Plaintiffs, therefore, are **ORDERED TO SHOW CAUSE,** in writing and within **FIFTEEN**

**DAYS** of the filing date of this Order, why defendant General Electric Company's motions

should not be construed as unopposed and granted.  *See Link v. Wabash R.R.,* 370 U.S. 626,

630-31 (1962); *Jourdan v. Jabe,* 951 F.2d 108, 110 (6th Cir. 1991).


**IT IS SO ORDERED.**




                                        s/Jack Sherman, Jr.
                                        Jack Sherman, Jr.
                                        United States Magistrate Judge

P:\JS\LAW CLERK filings\1-01cv891 sco.wpd