IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

State Farm Fire & Casualty Company, et al.

    Plaintiffs

vs.

Carrier Corporation, et al

    Defendants

CASE NO. C-1-01 891

JUDGE WEBER
(Magistrate Judge Sherman)

**Stipulation for Dismissal**

Pursuant to Fed. R.Civ. P. 41, Plaintiffs hereby dismiss their claims against Defendant Carrier Corporation, without prejudice. Claims against Defendant General Elecrtic remain pending.

Respectfully submitted,

/s/ Patrick J. O'Malley
Patrick J. O'Malley (0064987)
Attorney for Plaintiff
State Farm Fire & Casualty Co.
55 Public Square #800
Cleveland, Ohio 44113
216-241-4100
216-771-3111 (fax)
*pomalley@ukglaw.com*

PER PHONE CONSENT
R. Tracy Hoover (0039610)
Marie Moraleja Hoover (0063254)
Attorneys for Plaintiffs Blevins
621 7th Street
Portsmouth, Ohio 45662
740-354-1000
740-353-0661
*hooverlawgroup@yahoo.com*

PER PHONE CONSENT
Mark F. McCarthy, Esq.
925 Euclid Ave. #1100
Cleveland, Ohio 44115-1475
Attorney for Carrier Corporation