IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| State Farm Fire & Casualty Company, et al. | |
| | CASE NO. C-1-01 891 |
| Plaintiffs | |
| vs. | JUDGE SUSAN M. NOVOTNY |
| Carrier Corporation, et al | |
| Defendants | **Stipulation for Dismissal Without Prejudice** |

Pursuant to Fed. R.Civ. P. 41, Plaintiffs State Farm Fire & Casualty Company and Keith and Debra Blevins, hereby dismiss their claims against Defendant Carrier Corporation, without prejudice.

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Keith and Debra Blevins hereby dismiss their claims against Defendant The General Electric Company, without prejudice.

Respectfully submitted,


/s/ Patrick J. O'Malley
Patrick J. O'Malley (0064987)
Attorney for Plaintiff
State Farm Fire & Casualty Co.
55 Public Square #800
Cleveland, Ohio 44113
216-241-4100
216-771-3111 (fax)
*pomalley@ukglaw.com*

PER PHONE CONSENT
R. Tracy Hoover (0039610)
Marie Moraleja Hoover (0063254)
Attorneys for Plaintiffs Blevins
621 7th Street
Portsmouth, Ohio 45662
740-354-1000
740-353-0661
*hooverlawgroup@yahoo.com*


PER PHONE CONSENT
Mark F. McCarthy, Esq.
925 Euclid Ave. #1100
Cleveland, Ohio 44115-1475
Attorney for Carrier Corporation

PER PHONE CONSENT
Geraldine M. Johnson, Esq.
250 East Fifth Street, #310
Cincinnati, Ohio 45202
Attorney for General Electric Co.