AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO (WESTERN DIVISION)

STATE FARM FIRE & CASUALTY COMPANY, et al.,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 1:01cv0891

CARRIER CORPORATION, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

ORDER entered by Magistrate Judge Susan Novotny: The court's show cause order (doc.39) is LIFTED; Defendant Carrier's [20] Motion for Summary Judgment is DENIED AS MOOT; All claims of Plaintiff State Farm against defendant General Electric are DISMISSED WITH PREJUDICE; All claims of Plaintiffs Keith and Debra Blevins against defendant General Electric are DISMISSED WITHOUT PREJUDICE; All claims against defendant Carrier are DISMISSED WITHOUT PREJUDICE; and this CASE IS CLOSED. (art, )

FILED
JAMES BONINI
CLERK
04 JAN -9 AM 9:31

January 9, 2004      JAMES BONINI
Date      Clerk

*Arthur Hill*
(By) Deputy Clerk